### JAMES SIANO *v.* WARDEN, STATE PRISON

The respondent warden's petition for certification for appeal from the Appellate Court, 31 Conn. App. 94 (AC 11255), is denied.

*James M. Ralls,* assistant state's attorney, in support of the petition.

*James Moreno,* special public defender, in opposition.